# EXHIBIT A
# SHERLOCK HOLMES STORY ELEMENTS

- Baker Street Irregulars: Street urchins used by Holmes as his "eyes and ears." Mentioned only in *A Study in Scarlet*, *The Sign of Four*, and "The Crooked Man."
- Older brother Mycroft Holmes: Mentioned only in "The Greek Interpreter," "The Bruce-Partington Plans," "The Final Problem," and "The Empty House."
- Inspector Lestrade: Appears in 13 cases; only "The Three Garridebs" is not in public domain. Regularly drops in on Holmes ("The Six Napoleons"), bulldog-like (*A Study in Scarlet*), tenacious, determined ("The Cardboard Box"), practical ("The Boscombe Valley Mystery"), appreciates Holmes (*The Hound of the Baskervilles*).
- Mrs. Hudson: Appears in no stories in the *Case-Book* except "The Mazarin Stone," which was published in the United States prior to 1923 and thus in the public domain, and "The Three Garridebs." That is, of her dozens of appearances, only one is in a copyrighted story. No story provides a physical description other than having "queenly tread" ("The Naval Treaty"). Longest description of the relationship is in "The Dying Detective." between Mrs. Hudson and other characters is in DYIN. She is an active figure in "The Empty House."
- Irene Adler: "The" woman to Holmes, mentioned only in "A Scandal in Bohemia," "A Case of Identity," "The Five Orange Pips," "The Blue Carbuncle," and "His Last Bow" (all in the public domain).
- Wiggins: Head of the Baker Street Irregulars—appears in *A Study in Scarlet* and does not appear in any *Case-Book* story.
- Professor Moriarty: The Napoleon of Crime. Appears as an actual character only in "The Final Problem," "The Empty House," and *The Valley of Fear*. The longest description is in *The Valley of Fear*. He is mentioned briefly in "The Norwood Builder," "The Missing Three-Quarter," "His Last Bow," and "The Illustrious Client," (the latter being in copyright).
- Colonel Sebastian Moran (right-hand man of Professor Moriarty): Appears only "The Empty House." He is mentioned in "The Illustrious Client" (in copyright) and "His Last Bow." A complete physical description appears in "The Empty House," as well as discussion of his history.

As to Holmes himself:

- Birthdate, though never specified, is based on description in "His Last Bow"
- Family background ("The Greek Interpreter)
- Lodgings in Baker Street (virtually every story)
- Retirement ("His Last Bow," in public domain, and "The Lion's Mane," and "The Second Stain")
- Bohemian nature ("The Musgrave Ritual")
- Erratic eating habits ("The Norwood Builder")
- Schooling ("The 'Gloria Scott'" and "The Musgrave Ritual")
- Smoking ("The Devil's Foot" and countless other stories)
- Patriotic ("His Last Bow," "The Second Stain," "The Naval Treaty")

- Loner ("The 'Gloria Scott'")
- Drug use (many early stories; by the time of "The Missing Three-Quarter," he is described as an addict whose habit "is not dead, but merely sleeping")
- Fees ("Thor Bridge," "The Priory School," "The Final Problem," "Black Peter")
- Methods of reasoning—explained in many, many cases
- Aptitude for disguise ("Charles Augustus Milverton," "The Man with the Twisted Lip," "The Final Problem," "The Empty House," "A Scandal in Bohemia")
- Favorite weapon: loaded hunting crop ("A Case of Identity," "The Red-Headed League," "The Speckled Band," "The Six Napoleons")
- Amateur boxing skills ("The 'Gloria Scott,'" "The Yellow Face," "The Solitary Cyclist," *Sign of the Four*)
- Skill in baritsu (martial arts) ("The Empty House")
- Skill in chemistry (numerous stories)
- Physical appearance (many different aspects mentioned in various stories): Tall, thin, over 6 ft. tall, grey eyes, thin lips, hawk-like nose (all set out in *A Study in Scarlet*)

As to Dr. Watson:

- Army career (*A Study in Scarlet*)
- Courtship and marriage (*The Sign of Four*)
- Wound(s) (*A Study in Scarlet, The Sign of Four*, other stories)
- Second wife (only mentioned in copyrighted stories "The Illustrious Client" and "The Blanched Soldier")
- Schooling ("The Naval Treaty")
- Strongly built, thick neck, small moustache ("Charles Augustus Milverton")
- Former athlete ("The Sussex Vampire")