# EXHIBIT B

The following ten (10) stories have not yet entered the public domain in the United States of America. These stories will enter the public domain in various years leading up to 2023.

**SHERLOCK HOLMES SHORT STORIES**:
- The Case-Book of Sherlock Holmes
    - The Illustrious Client (1924)
    - The Blanched Soldier (1926)
    - The Three Gables (1926)
    - The Sussex Vampire (1924)
    - The Three Garridebs (1924)
    - The Creeping Man (1923)
    - The Lion's Mane (1926)
    - The Veiled Lodger (1927)
    - Shoscombe Old Place (1927)
    - The Retired Colourman (1926)