## EXHIBIT C

Sherlock Holmes appeared in a total of 60 stories, written by Arthur Conan Doyle and published between 1887 and 1927. Of those stories, all four (4) novels featuring Sherlock Holmes are in the public domain in the United States of America. Forty-six (46) of the short stories following the adventures of Sherlock Holmes are also in the public domain in the United States of America.

**SHERLOCK HOLMES NOVELS:**

- A Study in Scarlet (1887)
- The Sign of Four (1890)
- The Hound of the Baskervilles (Serialized from 1901-1902)
- The Valley of Fear (Serialized in 1914-1915)

**SHERLOCK HOLMES SHORT STORY COLLECTIONS:**

- The Adventures of Sherlock Holmes
    - A Scandal in Bohemia (1891)
    - The Red-headed League (1891)
    - A Case of Identity (1891)
    - The Boscombe Valley Mystery (1891)
    - The Five Orange Pips (1891)
    - The Man with the Twisted Lip (1891)
    - The Blue Carbuncle (1892)
    - The Speckled Band (1892)
    - The Engineer's Thumb (1892)
    - The Noble Bachelor (1892)
    - The Beryl Coronet (1892)
    - The Copper Beeches (1892)

- The Memoirs of Sherlock Holmes
    - Silver Blaze (1892)
    - The Yellow Face (1893)
    - The Stock-broker's Clerk (1893)
    - The 'Gloria Scott' (1893)
    - The Musgrave Ritual (1893)
    - The Reigate Squires (1893)
    - The Crooked Man (1893)
    - The Resident Patient (1893)
    - The Greek Interpreter (1893)
    - The Naval Treaty (1893)
    - The Final Problem (1893)

- The Return of Sherlock Holmes
    - The Empty House (1903)
    - The Norwood Builder (1903)
    - The Dancing Men (1903)
    - The Solitary Cyclist (1903)
    - The Priory School (1904)
    - Black Peter (1904)
    - Charles Augustus Milverton (1904)
    - The Six Napoleons (1904)
    - The Three Students (1904)
    - The Golden Pince-Nez (1904)
    - The Missing Three-Quarter (1904)
    - The Abbey Grange (1904)
    - The Second Stain (1904)

- His Last Bow
    - Wisteria Lodge (1908)
    - The Cardboard Box (1893)
    - The Red Circle (1911)
    - The Bruce-Partington Plans (1908)
    - The Dying Detective (1913)
    - Lady Frances Carfax (1911)
    - The Devil's Foot (1910)
    - His Last Bow (1917)

- The Case Book of Sherlock Holmes
    - The Mazarin Stone, 1921
    - Thor Bridge, 1922