# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.1.1
### Eastern Division

Leslie S Klinger

                       Plaintiff,

v.                                         Case No.: 1:13−cv−01226
                                         Honorable Ruben Castillo

Conan Doyle Estate, Ltd

                       Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, May 15, 2013:

      MINUTE entry before Honorable Ruben Castillo:Status hearing held on 5/15/2013 and continued to 6/20/2013 at 9:45 a.m. The plaintiff is directed to submit a written settlement demand to the defendant within 14 days. The parties are granted leave to proceed with all discovery. All discovery must be completed on or before 10/9/2013. Mailed notice(rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.