# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.1.1
### Eastern Division

Leslie S Klinger

                              Plaintiff,

v.                                                              Case No.: 1:13–cv–01226

                                                                    Honorable Ruben Castillo

Conan Doyle Estate, Ltd

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, June 25, 2013:

      MINUTE entry before Honorable Ruben Castillo:Status hearing held on 6/25/2013. Counsel for the plaintiff appeared. The Court hereby enters a default against the defendant for failure to timely appear, answer or otherwise plead to the complaint. Plaintiff is free to proceed with a motion for summary judgment or a motion for default judgment.Mailed notice(rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.