IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| LESLIE S. KLINGER, an individual, | ) | |
| | ) | |
| Plaintiff, | ) | Case No.: 1:13-cv-01226 |
| | ) | |
| v. | ) | Judge: Ruben Castillo |
| | ) | |
| CONAN DOYLE ESTATE LTD., | ) | |
| a business entity organized under | ) | Magistrate Judge: Sheila Finnegan |
| the laws of the United Kingdom, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## **NOTICE OF MOTION**

To:  Scott M. Gilbert
  Kourtney A. Mulcahy
  Hinshaw & Culbertson LLP
  222 N. LaSalle Street
  Chicago, IL
  SGilbert@hinshawlaw.com

PLEASE TAKE NOTICE that on August 20, 2013 at 9:45 a.m. or soon thereafter as counsel may be heard, our Motion for Extension of Time will be presented before the Honorable Judge Ruben Castillo, or any judge sitting in his stead in Courtroom 2541 in the Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois, 60604.

Respectfully submitted,

SUTIN THAYER & BROWNE
A Professional Corporation


By /s/ Benjamin Allison
  Benjamin Allison
  Lynn E. Mostoller
317 Paseo de Peralta
Santa Fe, New Mexico 87501

bwa@sutinfirm.com
(505) 988-5521
Fax: (505) 982-5297

William F. Zieske
Zieske Law
53 West Jackson Boulevard, Suite 1501
Chicago, Illinois 60604
zieske@zieskelaw.com
(312) 252-9598
Fax: (312) 278-0599

*Counsel for Conan Doyle Estate Ltd.*

## **CERTIFICATE OF SERVICE**

We hereby certify that on August 13, 2013, we electronically filed the attached Notice of Motion with the Clerk of the Court using the CM/ECF system, and by U.S. Mail such filing to the following:

Scott M. Gilbert
Kourtney A. Mulcahy
Hinshaw & Culbertson LLP
222 N. LaSalle Street
Chicago, IL 60601
SGilbert@hinshawlaw.com

*Attorneys for Plaintiff Leslie S. Klinger*

SUTIN, THAYER & BROWNE
A Professional Corporation

      /s/  *Benjamin Allison*
      Benjamin Allison

7085120.doc