**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| Leslie S. Klinger, | ) | |
| Plaintiff | ) | Case No: 13 C 1226 |
| | ) | |
| v. | ) | |
| | ) | Judge: Ruben Castillo |
| Conan Doyle Estate, Ltd. | ) | |
| Defendant | ) | |

## **ORDER**

Lynn E. Mostoller's motion for leave to appear pro hac vice on behalf of the defendant [22] is granted.

Date: 8/14/13                                                                  /s/ Chief Judge Ruben Castillo