# SUTIN THAYER ❦ BROWNE
## A PROFESSIONAL CORPORATION
### LAWYERS

IRWIN S. MOISE (1906-1984)
LEWIS R. SUTIN (1908-1992)
FRANKLIN JONES (1919-1994)
RAYMOND W. SCHOWERS (1948-1995)
GRAHAM BROWNE (1935-2003)

SAUL COHEN (Of Counsel)

BENJAMIN ALLISON
TIMOTHY J. ATLER
PAUL BARDACKE
ANNE P. BROWNE
SUZANNE WOOD BRUCKNER
RODINA C. CAVE
SUSAN G. CHAPPELL
MARIA MONTOYA CHAVEZ
EDUARDO A. DUFFY

MONICA C. EWING
MICHAEL J. GOLDEN
GAIL GOTTLIEB
SUSAN M. HAPKA
ROBERT G. HEYMAN
TRACY L. HOFMANN
CHRISTOPHER A. HOLLAND
GBENOBA N. IDAH
HENRY A. KELLY
KERRY KIERNAN
PETER S. KIERST
RACHEL S. KING
TWILA B. LARKIN
DEREK V. LARSON
STEVAN DOUGLAS LOONEY
JEAN C. MOORE
LYNN E. MOSTOLLER

TIMOTHY J. MURPHY
SARITA NAIR
TRACI N. OLIVAS
MICHELLE K. OSTRYE
CHARLES J. PIECHOTA
JAY D. ROSENBLUM
SANDRA E. ROTRUCK
FRANK C. SALAZAR
JUSTIN R. SAWYER
RONALD SEGEL
ANDREW J. SIMONS
MARIPOSA PADILLA SIVAGE
TRAVIS R. STEELE
NORMAN S. THAYER
BENJAMIN E. THOMAS
HANNAH S. TURNER
CHRISTINA S. WEST

TWO PARK SQUARE
6565 AMERICAS PARKWAY, N.E.
ALBUQUERQUE, NEW MEXICO 87110
POST OFFICE BOX 1945
ALBUQUERQUE, NEW MEXICO 87103
505-883-2500
FAX 505-888-6565

317 PASEO DE PERALTA
SANTA FE, NEW MEXICO 87501
POST OFFICE BOX 2187
SANTA FE, NEW MEXICO 87504
505-988-5521
FAX 505-982-5297

WWW.SUTINFIRM.COM

October 7, 2013

*Via Facsimile (312) 554-8528*

The Honorable Ruben Castillo
United States Courthouse
219 South Dearborn Street
Chicago, IL 60604

*Klinger v. Conan Doyle Estate Ltd.*,
Case No. 1:13-cv-01226

Dear Judge Castillo:

We write to request oral argument on Plaintiff Leslie Klinger's Motion for Summary Judgment in this matter. The motion has been fully briefed. The issues presented are significant and novel, however, and the Conan Doyle Estate Ltd. would welcome the opportunity to discuss them in oral argument before Your Honor.

Respectfully,

Benjamin Allison
Santa Fe Office

BA:gmr
7087044.doc

cc: Scott M. Gilbert
Kourtney A. Mulcahy
William F. Zieske