IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LESLIE S. KLINGER, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CONAN DOYLE ESTATE, LTD., a business )<br>entity organized under the laws of the United )<br>Kingdom, )<br>)<br>Defendant. ) | Case No. 1:13-cv-01226<br><br>Judge: The Hon. Ruben Castillo<br><br>Magistrate Judge: The Hon. Sheila Finnegan |

## MOTION TO WITHDRAW AS COUNSEL

NOW COMES attorney Kourtney A. Mulcahy of the law firm of Hinshaw & Culbertson LLP, and pursuant to local rule 83.17, moves for leave to withdraw her appearance on behalf of Plaintiff Leslie S. Klinger ("Klinger"), and in support thereof, states as follows:

1. Representation of Klinger in this matter has been transferred from Hinshaw & Culbertson LLP to Polsinelli P.C.

2. As a result, Ms. Mulcahy, an attorney at Hinshaw & Culbertson LLP, no longer represents Klinger.

3. Attorneys Scott M. Gilbert and John A. Leja of the law firm Polsinelli P.C. have appearances on file in this matter on behalf of Klinger.

4. Klinger is adequately and competently represented by the above mentioned counsel in this matter.

5. Said Counsel and Klinger have consented to Ms. Mulcahy's withdrawal.

6. As a result, attorney Kourtney A. Mulcahy respectfully requests that this court grant her leave to withdraw her appearance as attorney for Klinger.

WHEREFORE, Kourtney A. Mulcahy, pursuant to Local Rule 83.17 respectfully requests leave to withdraw her appearance as attorney for Leslie S. Klinger, and such further relief that the Court deems just and equitable.

                                                Respectfully submitted,

                                                HINSHAW & CULBERTSON LLP

                                                /s/ Kourtney A. Mulcahy
                                                Kourtney A. Mulcahy

Kourtney A. Mulcahy
Hinshaw & Culbertson LLP
222 N. LaSalle Street, Suite 300
Chicago, IL 60601
Telephone: 312-704-3000
Facsimile: 312-704-3001
kmulcahy@hinshawlaw.com