IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LESLIE S. KLINGER, an individual, | ) |
| Plaintiff, | ) Case No. 1:13-cv-01226 |
| v. | ) Judge: The Hon. Ruben Castillo |
| CONAN DOYLE ESTATE, LTD., a business entity organized under the laws of the United Kingdom, , | ) |
| Defendants. | ) |

## NOTICE OF MOTION

To:     Benjamin Allison                 Lynn E. Mostoller
        Sutin Thayer & Browne         Sutin Thayer & Browne, Apc
        317 Paseo De Peralta           6565 Americas Pkwy. NE #1000
        Santa Fe, NM 87501            Alburquerque, NM 87110

        William Frederick Zieske
        Zieske Law
        123 S. Eastwood Drive
        Woodstock, IL 60098

    PLEASE TAKE NOTICE that on November 26, 2013 at 9:45 a.m. or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Ruben Castillo, or any judge sitting in his stead in Courtroom 2541 in the Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois, 60604, and shall then and there present our Motion to Withdraw.

                                                    Respectfully submitted,

                                                    HINSHAW & CULBERTSON LLP

                                                    /s/ Kourtney A. Mulcahy
                                                    Kourtney A. Mulcahy

Kourtney A. Mulcahy (ARDC No. 6276695)
Hinshaw & Culbertson LLP
222 N. LaSalle Street, Suite 300
Chicago, IL 60601
Telephone: 312-704-3000
Facsimile: 312-704-3001

2

**CERTIFICATE OF SERVICE**

    I hereby certify that on November 21, 2013, I electronically filed the attached Notice of Motion, with the Clerk of the Court using the CM/ECF system, and by U.S. Mail of such filing(s) to all counsel of record.

                                          s/Kourtney A. Mulcahy
                                          Kourtney A. Mulcahy

130695534v1 0943356