ILND 450 (Rev. 10/13) Judgment in a Civil Action

# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

Leslie S. Klinger )
    Plaintiff(s) )
v. ) Case No. 13 C 1226
Conan Doyle Estate, Ltd., )
    Defendant(s) )

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
    and against defendant(s)
    in the amount of $ ,

    which ☐ includes pre–judgment interest.
    ☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

---

☐ in favor of defendant(s)
    and against plaintiff(s)

Defendant(s) shall recover costs from plaintiff(s).

---

☑ other: Declaratory judgment is entered in favor of the plaintiff, Leslie S. Klinger and against the defendant Conan Doyle Estate, Ltd. with respect to Klinger's use of the Pre-1923 Story Elements.

---

This action was *(check one)*:

☐ tried by a jury with Judge      presiding, and the jury has rendered a verdict.
☐ tried by Judge      without a jury and the above decision was reached.
☑ decided by Judge Ruben Castillo      a motion for summary judgment

Date: 12/23/2013

Thomas G. Bruton, Clerk of Court
/s/ Ruth O'Shea      , Deputy Clerk